UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DPR CONSTRUCTION, INC.

                              NO. CIV. S-06-2158 LKK/DAD

        Plaintiff,

    v.

PAINTERS AND ALLIED TRADES                 **O R D E R**
DISTRICT COUNCIL 16 AND
PAINTERS AND ALLIED TRADES
LOCAL UNION NO. 376,

        Defendants.
                             /

    The court is in receipt of the parties' status reports in this case. Plaintiff requests that the court confirm an arbitration award pursuant to 9 U.S.C. § 9 and vacate a separate arbitration award pursuant to 9 U.S.C. § 10. The parties state that no proceedings other than a hearing regarding motions for summary judgment are needed.

    Accordingly, the status conference set for December 18, 2006
////
////
////

1

1  at 3:30 p.m. is hereby VACATED.  The parties are instructed to file
2  motions for summary judgment.
3       IT IS SO ORDERED.
4       DATED:  December 8, 2006.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```